583 A.2d 336

MADELINE R. SUTLEY v. DENISON DRIVE CORPORATION
AND FRAME TECH, INC.

March 7, 1990.

Petition for certification denied.

583 A.2d 336

RALPH ESPOSITO v. FREEMONT CORPORATION AND MARKS,
HOLLAND & CASAGRANDE.

March 7, 1990.

Petition for certification denied.

583 A.2d 336

RALPH ESPOSITO v. FREEMONT CORPORATION AND MARKS,
HOLLAND & CASAGRANDE.

March 7, 1990.

Cross–Petition for certification denied.

583 A.2d 337

PEDRO CARRASQUILLO AND ANNA CARRASQUILLO, ETC. v.
DREIS & KRUMP MANUFACTURING COMPANY.

March 7, 1990.

Petition for certification denied.